976

■ FRANK P. IERACI et al., Appellants, v. MICHAEL MIRANDO, Respondent.—
In a negligence action to recover damages for injury to person and property,
plaintiffs appeal from an order of the Supreme Court, Queens County, entered
January 18, 1962 on the court's own motion upon the call of its calendar at a
Calendar Classification and Control Term, which directed that the action be
marked off the General Calendar and placed on the Deferred Calendar.  Order
reversed on the law and the facts, without costs; and motion remitted to the
Calendar Classification and Control Term of the Supreme Court, Queens County,
for further proceedings not inconsistent herewith.  The order appealed from,
made upon the court's own motion, in effect revoked a trial preference which
had been previously granted by another Justice, pursuant to rule 9 of the Queens
County Supreme Court Rules.  Such revocation must be supported by additional
or new facts justifying a determination that the preference should not be con-
tinued.  The record before us contains no such supporting facts.  The motion
is, therefore, remitted for re-examination and for the making of an appropriate
record.  Beldock, P. J., Ughetta, Kleinfeld and Hill, JJ., concur.